■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME SHOMO, Appellant. — Order, Supreme Court, New York County (Edwin Torres, J.), entered on March 31, 1983, unanimously affirmed, and defendant's request for permission to file a supplemental brief in response to the respondent's brief, and for other relief, denied in its entirety. No opinion. Concur — Murphy, P. J., Kupferman, Ross, Asch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT GADDY, Also Known as ROBERT M. GADDY, Also Known as ROBERT MARK GADDY, Appellant. — Judgment, Supreme Court, New York County (Burton Roberts, J.), rendered on September 14, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Kupferman, Ross, Asch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO BENITEZ, Appellant. — Judgment, Supreme Court, New York County (Peter McQuillan, J.), rendered on June 16, 1983, and judgment of said court (Carol Berkman, J.), rendered on December 12, 1983, unanimously affirmed, and the motion for leave to serve and file a supplemental *pro se* brief denied. No opinion. Concur — Sandler, J. P., Sullivan, Carro and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD FERGUSON, Also Known as HAROLD FERGESON, Appellant. — Judgment, Supreme Court, New York County (John Leonforte, J.), rendered on June 22, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Sullivan, Carro and Rosenberger, JJ.